UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHELIA RENE VANN,
    Plaintiff,

vs.                                       Case No.: 5:20cv42/TKW/EMT

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.
_____/

# REPORT AND RECOMMENDATION

Plaintiff filed this action under the Social Security Act seeking judicial review of Defendant's decision denying her claim for Disability Insurance Benefits (ECF No. 1). The matter is before the court on Defendant's "Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to the Defendant" (ECF No. 27). Defendant has certified Plaintiff has no objection to the motion (*id.*).

Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Here, the

Commissioner states that remand is appropriate so an Administrative Law Judge "may further evaluate the evidence of record" by obtaining

> supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles; elicit testimony from the vocational expert regarding the vocational expert's basis for determining the number of jobs cited; give Plaintiff an opportunity for a hearing; and issue a new decision for the period prior to March 2, 2011.

(ECF No. 27 at 1–2). Based on the foregoing, the undersigned finds that the decision of the Commissioner should be reversed and the matter remanded as requested.

Accordingly, it is respectfully **RECOMMENDED**:

1. That "Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to the Defendant" (ECF No. 27) be **GRANTED**.

2. That **JUDGMENT** be entered in favor of Plaintiff under Fed. R. Civ. P. 58 **REVERSING** the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDING** the case for further administrative proceedings.

3. That the Clerk be directed to close the file.

At Pensacola, Florida, this 1<u>st</u> day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**