UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHELIA RENE VANN**,

    **Plaintiff**,

v.　　　　　　　　　　　　　　　　　　　Case No. 5:20cv42-TKW-EMT

**ANDREW SAUL**,

    **Defendant**.

_____/

## ORDER

Upon due consideration of the magistrate judge's Report and Recommendation (Doc. 28), it is **ORDERED** that:

1. Defendant's unopposed motion for entry of judgment (Doc. 27), is **GRANTED**.

2. The Clerk shall enter judgment in favor of Plaintiff stating: "The Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. §405(g), and this case is **REMANDED** for further administrative proceedings."

3. The Clerk shall close the case file.

**DONE and ORDERED** this 2nd day of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**